IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRANSMONTAIGNE PRODUCT SERVICES, INC., ) ) ) Plaintiff, ) ) v. ) ) M/V WILBUR R. CLARK and the HANNAH-7701, <u>in</u> <u>rem</u> and HANNAH MARINE CORPORATION, ) ) ) ) ) Defendants. ) | CIVIL ACTION NO. 09-00023-CG-B <br><br> <u>IN REM</u> <br> <u>IN PERSONAM</u> |

ORDER CONFIRMING THE SALE
OF THE BARGE HANNAH-7701
<u>NUNC PRO TUNC</u>

The sale of the Barge HANNAH-7701, her equipment, machinery, fittings, tackle and all other appurtenances thereunto belonging, having been made on August 19, 2009, and it appearing that said Barge HANNAH-7701, her equipment, machinery, fittings, tackle and all other appurtenances thereunto belonging, were sold at the time and place advertised for the sum of $2,500,000.00 which was the highest and best bid offered at said sale, and the highest bidder was Century Services LP, and there being no objections having been filed thereto within the five (5) days allowed by Local Admiralty Rule 9, which also provides for automatic confirmation of sale, and the Court being satisfied in all respects that the aforesaid sale was regularly and fairly noticed and conducted, and it further appearing that Century Services LP, requires a written order of confirmation in order to transfer title of said vessel;

NOW, THEREFORE, it is, **ORDERED, ADJUDGED AND DECREED** that the sale of the Barge HANNAH-7701, her equipment, machinery, fittings, tackle and all other appurtenances thereunto belonging, by the United States Marshal on the 19th day of August, 2009 to Century Services LP of Alberta, Canada, be and the same hereby is APPROVED and CONFIRMED in all respects nunc pro tunc to August 27, 2009.

**DONE and ORDERED** this 29th day of October, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE