IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| TRANSMONTAIGNE PRODUCT SERVICES, INC., | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Civil Action No. 09-0023-CG-B |
| M/V WILBUR R. CLARK, et al., | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court.

The motions for entry of default against Hannah Marine Corporation filed by Whistler Machine Works, Inc. (Doc. 209), and Harrison Brothers Dry Dock & Repair Yard, Inc. (Doc. 249) are hereby **GRANTED**. Hannah Marine's answers to Whistler and Harrison Brother's Amended Complaints (Docs. 66 and 67, respectively) are hereby **STRICKEN**, and Whistler and Harrison Brothers are hereby **GRANTED** leave to re-file their respective motions for default judgment.

**DONE and ORDERED** this 20th day of April, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE