IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRANSMONTAIGNE PRODUCT SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No. 09-0023-CG-B ) |
| M/V WILBUR R. CLARK, et al., | ) ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

This matter is before the court on the motions for default judgment against Hannah Maritime Corporation filed by Harrison Brothers Dry Dock & Repair Yard, Inc. (Doc. 271), and by Whistler Machine Works, Inc. (Doc. 272).

Upon due consideration the motions are hereby **GRANTED**.

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that default judgment is **GRANTED** in favor of Harrison Brothers Dry Dock & Repair Yard, Inc. against Hannah Maritime Corporation in the amount of ONE HUNDRED THIRTY-ONE THOUSAND FOUR HUNDRED TWENTY-NINE and 00/100 DOLLARS ($131,429.00), plus pre-judgment interest of 1.5% per month from January 1, 2009 through the date of this judgment, including attorney fees. Harrison Brothers Dry Dock & Repair Yard, Inc. is also awarded applicable post judgment interest at the rate of 0.33% pursuant to 28 U.S.C. § 1961.

It is further **ORDERED, ADJUDGED**, and **DECREED** that default judgment is **GRANTED** in favor of Whistler Machine Works, Inc. against Hannah Maritime Corporation in the amount of SIXTY-NINE THOUSAND EIGHTY ONE and 85/100 DOLLARS ($69,081.85), plus pre-judgment interest of 1.5% per month from May 31, 2008 through the date of this

judgment, and attorney fees.  Whistler Machine Works, Inc. is also awarded applicable post judgment interest at the rate of 0.33% pursuant to 28 U.S.C. § 1961.

Counsel for said defendants is directed to file a detailed specification and itemization of the requested award for attorney's fees, with appropriate affidavits and other supporting documentation pursuant to Local Rule 54.3 **no later than July 1, 2010**.

Costs are to be taxed against Hannah Marine Corporation.[1]

**DONE and ORDERED** this 17th day of June, 2010.

/s/  Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE

---

[1] Counsel shall file a bill of costs in compliance with Local Rules 54.1.